UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INDEPENDENT LOAN OFFICER, LLC, et al.,

    Plaintiff(s),

v.

WAUSAU MORTGAGE CORP., et al.,

    Defendant(s).

NO. C04-1902P

ORDER ON DEFENDANTS' MOTION TO CHANGE TRIAL AND RELATED DATES

The above-entitled Court, having received and reviewed:

1. Defendants' Motion to Change Trial and Related Dates

2. Plaintiffs' Opposition to Defendants' Motion for Continuance of Trial Date

3. Reply in Support of Defendants' Motion to Change Trial and Related Dates

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is DENIED.

The Court sees no conflict with the trial dates cited in the moving papers. Any problems with individual attorneys' schedules can be accommodated by internal reassignment of roles. The current trial date was requested by the parties and the Court has long since filled up the alternative date requested with trials in other matters. Absent allegations of scheduling conflicts for the parties themselves, the Court is not disposed to continue the trial date in this matter again.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October _5_, 2005

*[signature]*

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN
TO CONTINUE - 1**